GRACE BYRNE, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PRINCETON THEOLOGICAL SEMINARY, DEFENDANT-PETITIONER AND THOMAS W. BRIAN, DEFENDANT.

*Messrs. Campbell, Mangini, Foley & Lee* and *Mr. Peter Shebell, Jr.* for the petitioner.

*Mr. Edward E. Kuebler* for the respondent.

March 12, 1968. Denied.

GEORGE NICHOLAS, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. FREDERICK H. RIEHLE, DEFENDANT-PETITIONER.

*Messrs. Abramoff, Apy & O'Hern* for the petitioner.

*Mr. Frank P. Villanova* for the respondents.

March 12, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES LEE WILSON, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. John L. Moore* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Barry H. Evenchick* for the respondent.

March 12, 1968. Denied.